UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APPLIED ENERGETICS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> GUSRAE KAPLAN NUSBAUM PLLC et al., <br><br> Defendants. | 21cv00382 (DF) <br><br> **SCHEDULING ORDER** |

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a telephonic case management conference on October 19, 2021, with counsel for all parties, it is hereby ORDERED, as stated at the conference, that all discovery in this action shall be stayed, pending the Court's resolution of Defendants' motion to dismiss the Complaint, or further order of the Court.

If the resolution of Defendants' motion does not result in the dismissal of all of Plaintiff's claims in this action, then the parties should promptly contact the Court to schedule a discovery conference. The parties are also directed to confer in good faith regarding the potential for settlement of this action, and to keep the Court apprised of any progress in their settlement discussions.

Dated: New York, New York
       October 19, 2021

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)