UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

APPLIED ENERGETICS, INC.,

                              Plaintiff,                             21-CV-00382 (VF)

      -against-                                     **ORDER**

GUSRAE KAPLAN NUSBAUM PLLC et al,

                              Defendant(s).

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter informing the Court about the status of this case. The joint letter shall be filed with the Court by **Friday, September 16, 2022**.

**SO ORDERED.**

DATED:      New York, New York
                 July 19, 2022

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge